**No. 23-2964**

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

————————————

JOSE AGEO LUNA VANEGAS,
on behalf of himself and all others similarly situated,

Plaintiff-Appellee,

v.

SIGNET BUILDERS, INC.,

Defendant-Appellant.

————————————

On Appeal from the United States District Court
for the Western District of Wisconsin

————————————

## NOTICE OF WITHDRAWAL OF COUNSEL

————————————

Jennifer J. Zimmermann
LEGAL ACTION OF WISCONSIN
744 Williamson Street, Suite 200
Madison, WI 53703
(608)256-3304
jjz@legalaction.org

Lorraine Gaynor
IOWA LEGAL AID
1700 S. 1st Avenue, Suite 10
Iowa City, IA, 52240
(319)351-6570, Ext.1512
lgaynor@iowalaw.org

Kelsi Brown Corkran
Joseph W. Mead
INSTITUTE FOR CONSTITUTIONAL
ADVOCACY AND PROTECTION
Georgetown Univ. Law Center
600 New Jersey Ave., N.W.
Washington, D.C. 20001
(202) 662-9765
jm3468@georgetown.edu

Edward J. Tuddenham
42 Ave. Bosque, Paris, France,
+33 6 84 79 89 30
edwardtuddenham@gmail.com

*Attorneys for Plaintiff-Appellee*

## <u>NOTICE OF WITHDRAWAL OF COUNSEL</u>

PLEASE TAKE NOTICE that Lorraine Gaynor of Iowa Legal Aid hereby moves this Court for leave to withdraw as counsel for Appellees Jose Ageo Luna Vanegas and Jose Luis Garcia Gonzalez.  In support of this request, the undersigned states she is leaving Iowa Legal Aid, and that Legal Action of Wisconsin, the Institute for Constitutional Advocacy and Protection, and attorney Edward J. Tuddenham will remain as counsel for Appellees.

Respectfully submitted this 11 day of June, 2024.

Respectfully submitted,

*/s/Lorraine Gaynor*
Lorraine Gaynor
IOWA LEGAL AID
1700 S. 1st Avenue, Suite 10
Iowa City, IA, 52240
(319)351-6570, Ext.1512
lgaynor@iowalaw.org

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on June 11, 2024, a true and correct copy of the foregoing Notice of Withdrawal of Counsel was filed with the Clerk of the Court, via the CM/ECF system, and was served on the following via email:

Bradley W. Snead
Raffi Melkonian
Rachel Buchhorn Willroth
WRIGHT CLOSE & BARGER, LLP
One Riverway, Suite 2200
Houston, Texas 77056
(713) 572-4321
(713) 572-4320 (Fax)
snead@wrightclosebarger.com
melkonian@wrightclosebarger.com
willroth@wrightclosebarger.com

Daniel D. Pipitone
MUNSCH HARDT KOPF & HARR, P.C.
700 Milam Street, Suite 800
Houston, Texas 77002
(713) 222-4060
dpipitone@munsch.com


<u>/s/ Lorraine Gaynor</u>